

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Eric Lee Miller, Appellant

No. 06-17-00185-CR        v.

The State of Texas, Appellee

Appeal from the 18th District Court of Johnson County, Texas (Tr. Ct. No. F42739). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to provide Miller credit for eighty-four days of pretrial jail time. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Eric Lee Miller, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 22, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk